IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL DUPREE BROWN,<br><br>    Defendant.<br>_____/ | No. CR-09-00203 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Michael Dupree Brown's plea of guilty is accepted by the Court as to Count One of the Information charging Defendant Michael Dupree Brown with use of a communications facility (telephone) to commit/facilitate narcotics trafficking in violation of 21 U.S.C. § 843(b).  Sentencing is set for June 2, 2010 at 2:30 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 5/6/2010

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

cc:  DMR; Probation; Wings