JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:  (510) 637-3724
    E-Mail:  Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00203 CW |
| Plaintiff, | STIPULATION TO RESCHEDULE HEARING; [~~PROPOSED~~] ORDER |
| v. | |
| MICHAEL DUPREE BROWN, | |
| Defendant. | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

      1.      On August 4, 2010, United States Probation Officer Janie Zhuang issued a Petition for Summons for Offender Under Supervision (Form 12) alleging that defendant committed a new crime, specifically, driving under the influence.  As a result of the Form 12, this Court issued a summons ordering defendant to appear before the Honorable Donna M. Ryu, United States Magistrate Judge, at 10:00 a.m. on Tuesday, August 10, 2010, for identification of counsel and setting of revocation proceedings.

      2.      Defendant's current counsel, Ellen V. Leonida, is unable to continue to represent defendant in this matter due to a change of employment which will create a conflict of interest.

1

Anticipated new counsel for defendant, Garrick Lew, is not available to appear on this matter until Thursday, August 12, 2010. Ms. Leonida is also available on that date to be relieved of her representation.

3. The parties therefore stipulate to continue this matter two days to ensure the availability of new counsel for defendant.

4. The assigned United States Probation Officer does not object to the continuance.

IT IS SO STIPULATED.

DATE: August 9, 2010                                         Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney


                                                             _____/s/_____
                                                             GARTH HIRE
                                                             Assistant United States Attorney

                                                             Attorneys for Plaintiff
                                                             UNITED STATES OF AMERICA


DATE: August 9, 2010                                         _____/s/_____
                                                             ELLEN V. LEONIDA, ESQ.

                                                             Counsel for Michael Dupree Brown

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled August 10, 2010, hearing for identification of counsel and setting of revocation proceedings is hereby vacated and a new hearing for that purpose is hereby scheduled for 9:30 a.m. on August 12, 2010. Defendant is ordered to appear before the Honorable Donna M. Ryu, United States Magistrate Judge, at that date and time in Courtroom 4, United States Courthouse, Oakland, California.

DATED: _8/9/2010_       _____
                        DONNA M. RYU, U.S. MAGISTRATE JUDGE
                    for HONORABLE CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE