MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:   (510) 637-3724
    E-Mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00203 CW |
|     Plaintiff, | STIPULATION TO RESCHEDULE HEARING; [PROPOSED] ORDER |
|   v. | |
| MICHAEL DUPREE BROWN, | |
|     Defendant. | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

      1.     On August 4, 2010, United States Probation Officer Janie Zhuang issued a Petition for Summons for Offender Under Supervision (Form 12) alleging that defendant committed a new crime, specifically, driving under the influence.

      2.     This matter is presently set for a status conference before the Honorable Donna M. Ryu, United States Magistrate Judge, at 10:00 a.m. on Tuesday, January 11, 2011.  Defendant's state DUI case is presently scheduled for further proceedings in March 2011.

      3.     The parties stipulate that the status conference on defendant's violation of supervised release should be continued until after March 2011 to permit the state matter to be

resolved. The parties therefore respectfully request that this matter be continued to 9:30 a.m. on Tuesday, April 5, 2011.

    4.    The assigned United States Probation Officer does not object to the continuance.

IT IS SO STIPULATED.

DATE: January 10, 2011                    Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/
                                              GARTH HIRE
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

DATE: January 10, 2011                      /s/
                                              GARRICK LEW, ESQ.

                                              Counsel for Michael Dupree Brown

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled January 11, 2011, hearing for status conference regarding alleged violation of supervised release is hereby vacated and a new hearing for that purpose is hereby scheduled for 9:30 a.m. on April 5, 2011. Defendant is ordered to appear before the Honorable Laurel Beeler ~~Donna M. Ryu~~, United States Magistrate Judge, at that date and time in Courtroom 4, United States Courthouse, Oakland, California.

DATED: 1/11/11

                                              HONORABLE DONNA M. RYU
                                              UNITED STATES MAGISTRATE JUDGE