MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00203 CW |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE HEARING; ORDER |
| v. ) | |
| MICHAEL DUPREE BROWN, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.     On August 4, 2010, United States Probation Officer Janie Zhuang issued a Petition for Summons for Offender Under Supervision (Form 12) alleging that defendant committed a new crime, specifically, driving under the influence.

     2.     On March 9, 2011, a federal criminal complaint was filed against defendant alleging that while on supervised release (specifically, on February 17, 2011) defendant possessed a firearm and crack cocaine for sale in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(a)(i).  On March 31, 2011, defendant made his initial appearance on the criminal complaint and submitted to detention.  As a result of these new

1

federal charges, amended Form 12 alleging additional violations of supervised release has been prepared.

3. This matter is presently set for a status conference before this Court at 2:00 p.m. on Wednesday, July 27, 2011.

4. In order to provide additional time for the defendant's counsel additional time to review the new materials regarding defendant's recent arrest and for the parties to discuss a potential global resolution of both the supervised release violation and the new charges, the parties stipulate that the status conference on defendant's violation of supervised release should be continued to 2:00 p.m. on Wednesday, September 14, 2011.

5. The assigned United States Probation Officer does not object to the continuance.

IT IS SO STIPULATED.

DATE: July 25, 2011                                   Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney


                                                      /s/
                                                      GARTH HIRE
                                                      Assistant United States Attorney

                                                      Attorneys for Plaintiff
                                                      UNITED STATES OF AMERICA


DATE: July 25, 2011                                   /s/
                                                      GARRICK LEW, ESQ.
                                                      Counsel for Michael Dupree Brown

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled July 27, 2011, hearing for status conference regarding an alleged violation of supervised release is hereby vacated and a new hearing for that purpose is hereby scheduled for 2:00 p.m. on September 14, 2011, before this Court.

DATED: 7/27/2011

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE